IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION OF PENNSYLVANIA, <br><br>　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>　　Defendant. | CIVIL ACTION NO. 24-5675 |

**ELEVENTH JOINT STATUS REPORT**

The parties submit this joint status report in accordance with the Court's Orders dated January 6, 2025 and January 6, 2026 (ECF Nos. 17 and 30).

1. Plaintiff's Complaint is brought pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552 et. seq.

2. On January 6, 2025, the Court approved the parties' stipulation to hold Defendant's time to respond to the Complaint in abeyance while Defendant continued to process Plaintiff's FOIA request. ECF No. 17.

3. Defendant previously advised Plaintiff that it had identified a total of nearly 8,000 pages of potentially responsive records that after initial deduplication resulted in just over 6,100 pages, as well as numerous additional hours of video.

4. Defendant represents that its August 29, 2025 production, described in the parties' sixth joint status report, ECF No. 22, completes its production of all non-FOIA-exempt documents identified as responsive to Plaintiff's

FOIA request, as well as the non-FOIA-exempt responsive video that Plaintiff has requested.

5. Since the parties' last joint status report (ECF No. 28), Defendant made two supplemental productions, on January 30, 2026 and February 12, 2026, of additional non-FOIA-exempt responsive documents, including Frankline Okpu's medical file from his time in ICE detention and transcripts of two phone calls by Mr. Okpu that the agency had translated previously.

6. The parties have further discussed Plaintiff's list of additional records for which Plaintiff had questions, noted in the parties' prior status report, and have resolved or nearly resolved most items.

7. The parties are in further discussions regarding phone call audio from approximately 2500 phone calls potentially responsive to Plaintiff's FOIA request, which would require translation and review for redaction of any FOIA-exempt material before production. Given the volume of phone call audio and requisite translation costs, the parties have discussed narrowing the scope of phone call audio Plaintiff may seek.

8. Accordingly, the parties propose to submit a next status report on March 20, 2026, to allow Plaintiff to determine if it can further narrow the scope of any phone call audio or transcripts it seeks.

9. The parties continue to work towards an amicable resolution of this matter.

                                              Respectfully submitted,

                                              DAVID METCALF
                                              United States Attorney

| */s/ Keith Armstrong* | */s/ Alanna N. Pawlowski* |
|---|---|
| Keith Armstrong | Alanna N. Pawlowski |
| Vanessa L. Stine | Stacey L. B. Smith |
| Witold J. Walczak | Assistant United States Attorneys |
| ACLU of Pennsylvania | 615 Chestnut Street, Suite 1250 |
| P.O. Box 60173 | Philadelphia, PA 19106-4476 |
| Philadelphia, PA 19102 | |
| *Counsel for Plaintiff* | *Counsel for Defendant* |

Dated: February 19, 2026

## CERTIFICATE OF SERVICE

I hereby certify that on this date I filed electronically a true and correct copy of the foregoing Eleventh Joint Status Report via the Court's Electronic Case Filing (ECF) System. The document is available for viewing and downloading from ECF and Plaintiff's counsel has been electronically notified of the filing by the ECF system.

<u>/s/ Alanna N. Pawlowski</u>
Alanna N. Pawlowski
Assistant United States Attorney

Dated: February 19, 2026