# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION OF PENNSYLVANIA,<br><br>**Plaintiff,**<br><br>v.<br><br>UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>**Defendants.** | CIVIL ACTION NO. 24-5675 |

## ORDER

**AND NOW,** this 20th day of February 2026, upon consideration of the Eleventh Joint Status Report [Doc. No. 31], it is hereby **ORDERED** that that parties shall submit a joint status report to the Court on or before **March 20, 2026**.

It is so **ORDERED.**

BY THE COURT:

/s/ Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**